UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID TALYN PECK,<br><br>                Petitioner,<br><br>   v.<br><br>PATRICK GLEBE,<br><br>                Respondent. | CASE NO. 15-CV-05639-RBL-DWC<br><br>PROPOSED ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is denied.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 7th day of January, 2016.

_____
Ronald B. Leighton
United States District Judge